# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **KAREN ANN ISHEE PARSONS,** )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>**BRIGHT HOUSE NETWORKS,** )<br>**L.L.C.,** )<br>)<br>Defendant**.** ) | Civil Action Number<br>**2:09-cv-0267-AKK** |

## ORDER

This case is before the court on defendant's Motion to Dismiss First Amended Complaint.  (Doc. 22).  Plaintiff, Karen Ann Ishee Parsons, alleges that defendant, Bright House Networks, L.L.C., illegally ties the rental of a cable box to provision of premium cable services.  Defendant has moved to dismiss plaintiff's First Amended Complaint contending, among other things, that "[t]he Amended Complaint does not allege sufficient facts such that Plaintiff's tying claim is plausible on its face."  For the reasons outlined in the accompanying Memorandum Opinion, the Motion to Dismiss is DENIED.

DONE this 23rd day of February, 2010.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE