FILED
2011 Apr-04  PM 03:12
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **KAREN ANN ISHEE PARSONS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )**Case No.: 2:09-CV-267-AKK** |
| | ) |
| **BRIGHT HOUSE NETWORKS, LLC** | ) |
| | ) |
| | ) |
| **Defendant.** | ) |

**JOINT REPORT REGARDING ALTERNATIVE DISPUTE RESOLUTION**

Counsel for Plaintiff and Defendant Bright House Networks, LLC, hereby report that they have met to discuss mediation and other alternative dispute resolution possibilities.  Counsel for both parties agree that mediation is not appropriate at this time because discovery is ongoing and the case is not yet at a point where it can be evaluated for mediation and that other alternative dispute resolution possibilities are not appropriate for this case at this time.

Respectfully Submitted,

/s/Brian M. Clark
Brian M. Clark
Dennis Pantazis

Of Counsel:
Wiggins, Childs, Quinn & Pantazis, LLC
The Kress Building
301 19th Street North

Birmingham, Alabama 35203
Telephone: 205-314-0500
Joe R. Whatley, Jr.
Richard P. Rouco
Whatley Drake & Kallas LLC
2001 Park Place North, Suite 1000
P. O. Box 10647
Birmingham, Alabama 35202
*Attorneys for Plaintiff*

/s/ Wesley B. Gilchrist_____
Samuel H. Franklin
Wesley B. Gilchrist

Of Counsel:
Lightfoot, Franklin, & White, LLC
400 20th Street North
Birmingham, Alabama 35203
Telephone: (205) 581-0712
Facsimile: (205) 581-0799
E-mail:      sfranklin@lfwlaw.com
             wgilchrist@lfwlaw.com

Bruce D. Sokler
Robert Kidwell
Mintz, Levin, Cohn, Ferris, Glovsky & Popeo P.C.
701 Pennsylvania Avenue NW, Suite 900
Washington, DC 20004
Telephone: 202-434-7303
*Attorneys for Defendant Bright House Networks, LLC*