FILED
2011 Aug-25  PM 03:28
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **KAREN ANN ISHEE PARSONS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CV Action No.: CV-09-B-0267-AKK** |
| | ) | |
| **BRIGHT HOUSE NETWORKS, LLC** | ) | |
| | ) | |
| **Defendant.** | ) | |

## UNOPPOSED MOTION TO EXTEND
## PAGE LIMITATIONS ON CLASS CERTIFICATION BRIEFING

Plaintiff Karen Ann Ishee Parsons moves to extend the page limitations for briefs related to class certification in accordance with the proposed limitations below. Defendant's counsel has been consulted on this motion, and does not oppose it.

1.     Plaintiff's class certification brief currently has a twenty-five (25) page limitation.  Defendant's opposition brief is also limited to twenty-five (25) pages, and Plaintiff's reply brief is limited to ten (10) pages.

2.     The parties are in agreement that it is in both of their interests to extend those page limitations.  Plaintiff requests, without opposition, that the page limitation for her original brief be extended to forty (40) pages.  Plaintiff also requests that

Defendant's opposition brief be similarly extended to forty (40) pages.  Plaintiff requests that the page limitation for the reply brief be extended to twenty (20) pages.

3.      As grounds for this motion, Plaintiff states, without opposition, that this is an anti-trust action with expert witnesses for both sides and requires a meshing of the facts with applicable law to fully explain the issues to the Court.  This will take more than the current page limitations to be done thoroughly and clearly.

WHEREFORE, because the extension of the page limitations referenced above would aid the parties and the Court in fully understanding the issues, and because no party would be prejudiced by the granting of this Motion, Plaintiff requests, without opposition, that the page limitations be extended to forty (40) pages for Plaintiff's initial brief and Defendant's opposition brief, and twenty (20) pages for Plaintiff's reply brief on the motion for class certification.

Respectfully Submitted,


/s/Brian M. Clark
Brian M. Clark
Dennis Pantazis

Of Counsel:
Wiggins, Childs, Quinn & Pantazis, LLC
The Kress Building
301 19th Street North
Birmingham, Alabama 35203
Telephone: 205-314-0500

Joe R. Whatley, Jr.
Richard P. Rouco
Whatley Drake & Kallas LLC
2001 Park Place North, Suite 1000
P. O. Box 10647
Birmingham, Alabama 35202

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of August, 2011, a copy of the above and foregoing was served upon all counsel of record by electronic filing and/or by United States Mail, properly addressed and postage prepaid, to:

Samuel H. Franklin
Wesley B. Gilchrist
LIGHTFOOT, FRANKLIN, & WHITE, LLC
400 20th Street North
Birmingham, Alabama 35203
Telephone: (205) 581-0712
Facsimile: (205) 581-0799

Bruce D. Sokler
Robert Kidwell
Mintz, Levin, Cohn, Ferris, Glovsky & Popeo P.C.
701 Pennsylvania Avenue NW, Suite 900
Washington, DC 20004
Telephone: 202-434-7303

/s/Brian M. Clark
Of Counsel