IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| KAREN PARSONS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO.: |
| v. ) | |
| ) | 2:09-cv-267-AKK |
| BRIGHTHOUSE NETWORKS, ) | |
| LLC ) | |
| ) | |
| Defendant. ) | |

**MOTION TO SCHEDULE HEARING ON CLASS CERTIFICATION**

Plaintiff hereby moves for the Court to schedule a hearing on the motion for class certification. The motion is fully briefed, and the evidentiary record on the motion is complete. Plaintiff submits that a hearing at which the parties present oral argument related to the motion would assist the Court. Plaintiff requests that the hearing be scheduled as soon as practicable.

DATED**:** October 14, 2011         Respectfully submitted,

/s/*Joe R. Whatley, Jr.*
Joe R. Whatley, Jr.
W. Tucker Brown
**WHATLEY, DRAKE & KALLAS, LLC**
2001 Park Place North, Suite 1000
Birmingham, AL 35203
jwhatley@wdklaw.com
tbrown@wdklaw.com
Telephone: (205) 328-9576
Facsimile: (205) 328-9669

1

        Brian M. Clark
        Dennis Pantazis
        **WIGGINS, CHILDS, QUINN &**
         **PANTAZIS, LLC**
        The Kress Building
        301 19th Street North
        Birmingham, Alabama 35203
        Telephone: 205-314-0500

        Richard P. Rouco
        **QUINN, CONNOR, WEAVER,**
         **DAVIES & ROUCO**
        2700 Highway 280 East, Suite 380
        Birmingham, AL  35203
        Telephone:  (205) 870-9989

        *Attorneys for Karen Ann Ishee Parsons*

## CERTIFICATE OF SERVICE

   I hereby certify that on October 14, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Bruce D Sokler
bdsokler@mintz.com

Helen G Guyton
hgguyton@mintz.com

Robert Kidwell
rgkidwell@mintz.com

Samuel H Franklin
sfranklin@lfwlaw.com

Wesley B Gilchrist
wgilchrist@lightfootlaw.com

        s/*Joe R. Whatley, Jr.*
        Of Counsel